AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED ——— ENTERED
——— LODGED ——— RECEIVED

AUG 2 0 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

Received From
SEATTLE
AUG 2 1 2014

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ14-5161
)
Info associated with drogers@paradyneconsulting.com, )
et al. that are stored at premises controlled by )
Lunarpages )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Please see Attachment B for items to be seized.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____7/28/14____
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Any U.S. Magistrate Judge in Western Dist. of WA__.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __7/18/14 1:25 pm__   _____[signature]_____
Judge's signature

City and state: Tacoma, Washington   J. Kelley Arnold, United States Magistrate Judge
Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | 7/21/14   9:09 am | Chad Riddle |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

1 .pst file associated w/ user Mcarlson (mcarlson.pst)
1 .pst file associated w/ user DRogers (drogers.pst)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/20/14

Executing officer's signature

Janet Mandryk
Printed name and title

Lynn True 8/26/14 3:00 pm

# ATTACHMENT A

## Accounts to be Searched

The electronically stored data, information and communications contained in, related to, and associated with, including all preserved data associated with:

**Lunarpages Accounts**
drogers@paradyneconsulting.com
smauro@paradyneconsulting.com
mcarlson@paradyneconsulting.com

**Comcast Account**
Just4mona@comcast.net

as well as all other subscriber and log records associated with the account, which are located at premises owned, maintained, controlled or operated by **Lunarpages** or **Comcast**, an e-mail providers headquartered at **Lunarpages Legal department, 1360 North Hancock Street, Anaheim, CA 92807** and **Comcast Legal Response Center, Online Services Custodian of Records, 650 Centerton Road, Moorestown, NJ 08057.**

Affidavit of Janet E. Mandryk - 11
USAO# 2014R00752

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

## I. Section I - Information to be disclosed by Lunarpages and Comcast, for search:

To the extent that the information described in Attachment A is within the possession, custody, or control of **Lunarpages or Comcast**, including any e-mails, records, files, logs, or information that has been deleted but is still available to **Lunarpages or Comcast**, or has been preserved pursuant to requests made under 18 U.S.C. § 2703(f) on June 27, 2014, **Lunarpages and Comcast** are required to disclose the following information to the government for each account or identifier listed in Attachment A:

    a. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c. The types of service utilized;

    d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II. Section II - Information to be seized by the government

All information described above in Section I that constitutes evidence and instrumentalities of violations of 18 U.S.C. § 208, and 18 U.S.C. § 371, those violations

Affidavit of Janet E. Mandryk - 12
USAO# 2014R00752

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

occurring from January 1, 2012 to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

    a.    The employment or attempted employment of Mona Carlson and Steven Mauro by Paradyne; sensitive, confidential, or proprietary information disclosed by Mona Carlson and Steven Mauro to a non-government person or entity; conflicts of interest created by communications between Mona Carlso, Steven Mauro, Dorriah Rogers, or any other employee of Paradyne; efforts to defraud the federal government; the payment or promise to pay anything of value to Mona Carlson and Steven Mauro; the nature of any work performed by Mona Carlson or Steven Mauro for Paradyne or any of Paradyne's clients.

    b.    All messages, documents, and profile information, attachments, or other data that serves to identify any persons who use or access the account specified, or who exercise in any way any dominion or control over the specified account;

    c.    Any address lists or buddy/contact lists associated with the specified account;

    d.    All subscriber records associated with the specified account, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service) including any credit card or bank account number;

    e.    any and all other log records, including IP address captures, associated with the specified account;

    f.    any records of communications between Lunarpages, Comcast, and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

Affidavit of Janet E. Mandryk - 13
USAO# 2014R00752

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by _____, and my official title is _____. I am a custodian of records for _____. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes).

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of _____; and

    c.    such records were made by _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____   _____
Date       Signature

Affidavit of Janet E. Mandryk - 14
USAO# 2014R00752

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | **CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS** |
| 2 | **PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** |

I, _Chad Riddle_, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by _Add2Net_, and my official title is _Operations Manager_. I am a custodian of records for _Add2Net, Inc._. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Add2Net, Inc._, and that I am the custodian of the attached records consisting of _See email_ (pages/CDs/kilobytes).

I further state that:

    a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b. such records were kept in the ordinary course of a regularly conducted business activity of _6/27/14_; and

    c. such records were made by _IT Staff_ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_7/27/14_      _[signature]_

Date      Signature

Affidavit of Janet E. Mandryk - 14
USAO# 2014R00752

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970